# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| EVELIN M. and LESLY M., | Case No. 26-CV-156 (NEB/DLM) |
| Petitioners, | |
| v. | ORDER |
| PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary of Homeland Security; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; PETER BERG, Field Office Director for Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; SIRCE OWEN, Acting Director of Executive Office of Immigration Review; EXECUTIVE OFFICE OF IMMIGRATION REVIEW; and JOHN DOE, Local Detention Agency, | |
| Respondents. | |

The Court has received a joint petition for a writ of habeas corpus from petitioners Evelin M. and Lesly M. challenging the legality of their current detention. As a general matter, joint requests for habeas corpus relief are rarely appropriate, as claims for habeas relief are so often dependent upon factual circumstances that differ from petitioner to petitioner. This case is no exception.

Accordingly, the Clerk of Court will be directed to initiate a new proceeding with the habeas corpus petition used to initiate this proceeding. Lesly M. will be dismissed without prejudice from this action, which will concern only the claims for relief of Evelin M. Lesly M. may pursue habeas relief (as the sole petitioner) in the new proceeding initiated with the habeas petition from this matter.

## CONCLUSION

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is DIRECTED to initiate a new proceeding using the petition for a writ of habeas corpus (ECF No. 1) that initiated this action as the pleading in that matter.

2. Petitioner Lesly M. is DISMISSED WITHOUT PREJUDICE from this proceeding.

3. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Evelin M. by no later than January 14, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

4. Respondents' answer should include:

    a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.    A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted; and

    d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Andres R.E. v. Bondi*, No. 25-CV-3946 (NEB/DLM), 2025 WL 3146312 (D. Minn. Nov. 4, 2025).

5.    If Petitioner intends to file a reply to respondents' answer, she must do so by no later than January 16, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 12, 2026                      BY THE COURT:

                                                    s/Nancy E. Brasel
                                                    Nancy E. Brasel
                                                    United States District Judge