UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Evelin M.A.,

        Petitioner,

v.                                                  File No. 26-cv-156 (NEB/DLM)

Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary,*
*of Homeland Security*; Todd M. Lyons, *Acting Director of*
*Immigration and Customs Enforcement*;
Peter Berg, *Field Office Director for Enforcement*
*and Removal Operations,* U.S. Immigration and Customs Enforcement,
U.S. Department of Homeland Security,
Sirce Owen, *Acting Director of Executive*
*Office of Immigration Review,*
Executive Office of Immigration Review,
and John Doe*, Local Detention Authority,*

        Respondents.

---

Lesly M.M.,

        Petitioner,

v.                                                  File No. 26-cv-237 (PAM/JFD)

Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary,*
*of Homeland Security*; Todd M. Lyons, *Acting Director of*
*Immigration and Customs Enforcement*;
Peter Berg, *Field Office Director for Enforcement*
*and Removal Operations,* U.S. Immigration and Customs Enforcement,
U.S. Department of Homeland Security,
Sirce Owen, *Acting Director of Executive*
*Office of Immigration Review,*
Executive Office of Immigration Review,
and John Doe*, Local Detention Authority*,

        Respondents.

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case No. 26-cv-156 (NEB/DLM) having been assigned to Judge Nancy E. Brasel and Case No. 26-cv-237 (PAM/JFD) having been assigned to Judge Paul A. Magnuson, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 26-cv-237 (PAM/JFD) be assigned to Judge Nancy E. Brasel and Magistrate Judge Douglas L. Micko, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: January 22, 2026            s/ Nancy E. Brasel
                                   Nancy E. Brasel
                                   United States District Court

Dated: January 22, 2026            s/Paul A. Magnuson
                                   Paul A. Magnuson
                                   United States District Court